UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH WHITTAKER,

          Plaintiff,

  v.

ALICE DOE, et al.,

          Defendants.

CASE NO. C 04-831 MJP

ORDER

The Court, having reviewed the entire record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Monica J. Benton. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Defendants Motions for Summary Judgement are Granted; Plaintiff's Claims are DISMISSED.

(3) The Clerk is directed to send copies of this Order to Plaintiff, Defendants and to the Hon. Monica J. Benton.

DATED this 7th day of <u>November</u>, 2005.

                                                    _/s/ Marsha J. Pechman_
                                                    Marsha J. Pechman
                                                    United States District Judge

ORDER
PAGE - 1